IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-28-D

| | | |
|---|---|---|
| MARIAN SNOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BROCK & SCOTT PLLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the undersigned on defendants' motion for extension of time to file a responsive pleading. With the consent of plaintiff and good cause shown, the motion is granted in part. Defendants Brock and Scott, PLLC, Thomas E. Brock, Gregory A. Scott and Trustee Services of Carolina, LLC shall have through and including April 1, 2014 to answer or otherwise respond to plaintiff's complaint. All other defendants on whose behalf the motion is being made shall have up to April 1, 2014 to answer or otherwise respond. The time period for filing a responsive pleading for any defendant who has not been served shall be in accordance with Rules 12(a) and 6(b) of the Federal Rules of Civil Procedure.

This the 5th of March, 2014.

for JULIE A. RICHARDS, CLERK OF COURT

1