

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Julie A. Richards
Clerk of Court

April 2, 2014

Marian Snow
4472 Island Drive
North Topsail Beach, NC 28460

**RE:     Snow v. Brock & Scott, PLLC, et al.**
**7:14-CV-28-D**

Dear Pro Se Plaintiff:

The Defendants have filed a  motion to dismiss in the above-captioned action. [Docket Entry #14].

Local Civil Rule 7.1(e), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion.   If you fail to respond, the court may grant the motion and your case could be dismissed.  **Your response in opposition to this motion must be FILED on or before April 25, 2014.   If you are submitting your documents via mailing, allow sufficient delivery time to meet the above deadline, i.e. a postmark of April 25th is not sufficient.**

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything that you file with the court must be served on all other parties or their counsel, if they are represented.

Sincerely,

JULIE A. RICHARDS, CLERK OF COURT

(By)   /s/Debby Sawyer
       Deputy Clerk