UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-cv-00028-D

| | |
|---|---|
| MARIAN SNOW,<br><br>      Plaintiff,<br>vs.<br><br>BROCK & SCOTT PLLC<br>TRUSTEE SERVICES OF CAROLINA LLC<br>JAMES P. BONNER<br>MATTHEW J. HERRLE<br>JEREMY B. WILKINS<br>THOMAS E. BROCK<br>GREGORY A. SCOTT<br>AARON B ANDERSON<br>STEVEN GALLAGHER<br>MELISSA STONE<br>WENDI CLAWSON<br>      Defendants. | **ORDER** |

This matter came before the Court on Defendants Motion to Extend Time to File a Responsive Pleading to Plaintiff's Amended Complaint. The Motion was timely filed before the expiration of the original response deadline and noted that Plaintiffs had consented to the extension.

Therefore, for good cause shown, the Motion is GRANTED. The time in which to file a responsive pleading is hereby extended through May 20, 2014 for all Defendants.

SO ORDERED, this 1st day of May, 2014.

*for* JULIE A. RICHARDS, CLERK