UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:14-cv-00028-D

MARIAN SNOW,
    Plaintiff,
vs.

BROCK & SCOTT PLLC
TRUSTEE SERVICES OF CAROLINA LLC
JAMES P. BONNER, MATTHEW J. HERRLE
JEREMY B. WILKINS, THOMAS E. BROCK
GREGORY A. SCOTT, AARON B
ANDERSON, STEVEN GALLAGHER
MELISSA STONE and WENDI CLAWSON
    Defendants.

**ORDER**

This matter is before the Court pursuant to a Motion for Stay and Memorandum in Support of their Motion to Stay filed by Defendants, Brock & Scott PLLC, Trustee Services of Carolina, LLC, Matthew J. Herrle, Melissa Stone, Wendi Clawson, James P. Bonner, Jeremy B. Wilkins, Thomas E. Brock, Gregory A. Scott, Aaron B. Anderson and Stephen Gallagher (hereinafter "Moving Defendants") seeking to stay pretrial deadlines and discovery proceedings pending a resolution of the Motion to Dismiss filed by Defendants, James P. Bonner, Jeremy B. Wilkins, Thomas E. Brock, Gregory A. Scott, Aaron B. Anderson and Stephen Gallagher (hereinafter "Defendants") and while all of the Defendants respond to the Amended Complaint filed by the Plaintiff on April 22, 2014. For good cause shown, and in light of this Court's finding that a Stay of Pretrial Deadlines and Discovery proceedings will not prejudice Plaintiff, it is hereby

**ORDERED** that all discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving the Motion to Dismiss filed by Defendants and during the

period Defendants respond to Plaintiff's Amended Complaint or until further Order of this Court. It is further

**ORDERED** that the Clerk is directed to send a copy of this Order to counsel of record for Plaintiff and all Defendants.

SO ORDERED. This **18** day of June 2014.

                                                  JAMES C. DEVER III
                                                  Chief United States District Judge