FILED
JUL 11 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 7:14-cv-00028-D

MARIAN SNOW

       Plaintiff,

v.

BROCK & SCOTT, PLLC, *et al*

       Defendants.

## STIPULATION OF DISMISSAL

**NOW COMES** Plaintiff Marian Snow ("Plaintiff") and Brock & Scott, PLLC *et al*, ("Defendants") through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that all claims herein against Defendants: BROCK & SCOTT PLLC, TRUSTEE SERVICES OF CAROLINA LLC, JAMES P. BONNER, MATTHEW J. HERRLE, JEREMY B. WILKINS, THOMAS E. BROCK, GREGORY A. SCOTT, AARON B ANDERSON, STEPHEN GALLAGHER, MELISSA STONE and WENDI CLAWSON are dismissed with prejudice, with each party to bear its own fees and costs.

This the 9th day of July, 2014.

                                              _____
                                              Marian Snow
                                              4472 Island Drive
                                              North Topsail Beach, NC 28460

STATE OF NORTH CAROLINA
COUNTY OF Wake

Sworn to and subscribed before me this the 9 day of July, 2014.

_____
Notary Public
My Commission Expires: 12/29/16

_____
Franklin Greene
Brock & Scott, PLLC
5121 Parkway Plaza Blvd.
Charlotte, NC 28217
Ph : 704-643-0290 x1011
Franklin.Greene@brockandscott.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she served the foregoing document on the following via first class mail, postage prepaid as follows:

Franklin Greene
Brock & Scott, PLLC
5121 Parkway Plaza Blvd.
Charlotte, NC 28217
Ph : 704-643-0290 x1011
Franklin.Greene@brockandscott.com

*Attorney for Defendants*

This the 9th day of July, 2014.

*Marian Snow*
Marian Snow
4472 Island Drive
North Topsail Beach, NC 28460
872-588-9170
msnow20@gmail.com